| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | MIA A. GIACOMAZZI<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE AMADOR MORAN-GUZMAN,,<br><br>Defendant. | CASE NO. 1:13-CR-208 LJO SKO<br><br>JOINT REQUEST AND ORDER TO CONTINUE CHANGE OF PLEA FROM JUNE 3, 2013 TO JUNE 24, 2013 |

The parties, through their respective counsel, Assistant United States Attorney Mia. A. Giacomazzi, Counsel for Plaintiff United States of America, and Gary Huss, Counsel for defendant Jose Amador Moran-Guzman, hereby STIPULATE and JOINTLY REQUEST the COURT TO ORDER that the change of plea set for June 3, 2013 be CONTINUED to June 24, 2013.

Good cause exists for this continuance because the probation officer will be unable to complete the presentence investigative report ("PSR") prior to June 3, 2013. The PSR is scheduled to be completed by June 4, 2013. Scheduling the change of plea a few weeks after the PSR due date would give the probation officer, who is out of town this week and subject to furloughs time to work on it. In addition, defense counsel, has a pre-paid vacation that precludes scheduling this change of plea prior to June 24, 2013.

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

1

3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: May 31, 2013  
BENJAMIN B. WAGNER  
United States Attorney

/s/ Mia A. Giacomazzi  
MIA A. GIACOMAZZI  
Assistant United States Attorney

Dated: May 31, 2013

/s/ Gary Huss  
GARY HUSS  
Counsel for Defendant

## **ORDER**

On the basis of good cause, as set forth herein, this Court GRANTS the parties' joint request and CONTINES the June 3, 2013 change of plea to June 10, 2013. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **May 31, 2013**             /s/ Lawrence J. O'Neill  
                                                    UNITED STATES DISTRICT JUDGE